IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRENDA BELSAR )
          Plaintiff, )
)
  vs. )
) Civil Action No. 08-30
SOMERSET COUNTY and SOMERSET )
COUNTY CHILDREN AND YOUTH )
SERVICES, )
          Defendants. )

HEARING ON SETTLEMENT CONFERENCE

Before: MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiff: Edward A. Olds and Jaimie L. George

Appearing for Defendants: Marie Milie Jones

Hearing begun: 9/17/2013 at 9:33 AM

Hearing concluded: 11:14 AM

Stenographer: none

OUTCOME

1. The settlement conference was unsuccessful.